11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Victor Pineda

Appellant

Vs.                   No.
11-02-00040-CV B
Appeal from Harris County

Peter Kinh Tran
and Duong Thi Tran, as husband and wife

Appellees

 

Appellant
filed a notice of appeal but failed to pay the required filing fee.  On February 28, 2002, this court ordered
appellant to pay the $125 filing fee on or before March 15, 2002, and informed
appellant that failure to do so could result in the dismissal of the
appeal.  Appellant has not responded to
the February 28 order.

The
appeal is dismissed.  TEX.R.APP.P.
42.3(c).

 

PER CURIAM

 

March 28, 2002

Do not
publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J.,
and

Wright, J., and McCall, J.